323 So.2d 406

**In re Calvert Emile WESTFAUL**

**v.**

**STATE.**

**Ex parte Calvert Emile Westfaul.**

**SC 1530.**

Supreme Court of Alabama.

Dec. 4, 1975.

Willis W. Holloway, Jr., Mobile, for petitioner.

No appearance for respondent.

MADDOX, Justice.

Petition of Calvert Emile Westfaul for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in *Westfaul v. State*, 56 Ala.App. 519, 323 So.2d 404.

Writ denied.

HEFLIN, C. J., and MERRILL, JONES and SHORES, JJ., concur.